ANGELA RENEE PARSONS V. STATE

NO. 07-99-0178-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 9, 2000

______________________________

ANGELA RENEE PARSONS,

Appellant

V.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 265
TH
 DISTRICT COURT OF DALLAS COUNTY;

NO. F98-29171-LR; HON. KEITH T. DEAN, PRESIDING

_______________________________

ON APPELLANT’S MOTION TO

WITHDRAW NOTICE OF APPEAL AND FOR VOLUNTARY DISMISSAL
  

 _______________________________  

 

Before BOYD, C.J., and QUINN and JOHNSON, JJ. 

Before this court is appellant’s motion to withdraw notice of appeal and for voluntary dismissal. The document, signed by appellant and her attorney, requests that the appeal be voluntarily dismissed.  

No decision having been delivered prior to the receipt of the request for dismissal of the notice of appeal, and all conditions applicable to the voluntary dismissal of a criminal appeal having been met, it is ordered that appellant’s motion to withdraw notice of appeal and for voluntary dismissal be granted and the appeal dismissed. 

Having dismissed the appeal at the personal request of appellant and her attorney, no motion for rehearing will be entertained, and the Court’s mandate shall issue forthwith. 

 

Brian Quinn 

                                          Justice 

 

Do not publish.